**IT IS ORDERED**

**Date Entered on Docket: May 21, 2021**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re: | Case No. 17-12448-t13 |
| LaDrunekia Miguel Green, | Chapter 13 |
| Debtor. | |

### STIPULATED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS MATTER** came before the Court on the Motion for Relief from Stay filed by Nissan Motor Acceptance Corporation, its successors and assigns ("Creditor") on November 12, 2020 (Docket No.: 72) on the Debtor's property a 2014 Nissan Sentra, VIN #3N1AB7AP6EY310446 ("Vehicle"). Creditor, by its undersigned counsel and LaDrunekia Miguel Green ("Debtor"), by and through her attorney, Michael K. Daniels, and the Trustee, Tiffany M. Cornejo (the "Parties"), have reached an agreement to resolve Creditor's Motion. Based upon the agreement and good cause appearing:

1

**IT IS HEREBY ORDERED THAT:**

The automatic stay provided by 11 U.S.C. §362 shall remain in effect, except as provided in the paragraphs below:

1. Creditor is permitted to apply the insurance proceeds in the amount of $6,591.31 toward the lien on the Vehicle.

3. The Chapter 13 Trustee shall make no further distribution to Creditor on its claim 9-1.

### ### END OF ORDER ###

Submitted by:

WEINSTEIN & RILEY, P.S.

/s/ Elizabeth V. Friedenstein
Elizabeth V. Friedenstein
2501 San Pedro Drive NE Bldg A, Suite 102
Albuquerque, NM 87110
Direct: (505) 348-3075
Fax: 505-214-5116
ElizabethF@w-legal.com
Attorney for Creditor

**Approved:**                              **Approved:**

/s/ Michael K. Daniels (by permission)     /s/ Tiffany M. Cornejo (by permission)
Michael K. Daniels                         Tiffany M. Cornejo
PO Box 1640                                625 Silver Avenue SW
Albuquerque, NM 87103-9104                 Suite 350
505-246-9385                               Albuquerque, NM 87102-3111
Fax: 505-246-9104                          Trustee
Email: mike@mdanielslaw.com
Attorney for Debtor

2

**Copies to:**
LaDrunekia Miguel Green
3634 Buckskin Loop NE
Rio Rancho, NM  87144
*Debtor(s)*